FILED 18 SEP '26 13:50 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**UNITED STATES OF AMERICA**

**v.**

**DMYTRO ROBERT WORTMAN,**

**Defendant.**

**6:26-cr-00369-MC**

**INDICTMENT**

**18 U.S.C. § 2251(a) and (e)**
**18 U.S.C. § 2252A(a)(5)(B) and (b)(2)**
**18 U.S.C. § 2422(b)**

**FORFEITURE ALLEGATIONS**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Sexual Exploitation of Children and Attempted Sexual Exploitation of Children)**
**(18 U.S.C. § 2251(a) and (e))**

Between on or about May 22, 2024, and June 8, 2024, in the District of Oregon, defendant **DMYTRO ROBERT WORTMAN** used, persuaded and enticed a minor, referred to as Minor Victim 1, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and attempted to do so;

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 2**
**(Coercion and Enticement and Attempted Coercion and Enticement of a Minor)**
**(18 U.S.C. § 2422(b))**

Between on or about May 22, 2024 and June 8, 2024, in the District of Oregon, defendant **DMYTRO ROBERT WORTMAN** did use any facility of interstate and foreign commerce, that is a digital device connected to the internet, to knowingly persuade and entice Minor Victim 1, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, and attempted to do so;

In violation of Title 18, United States Code, Section 2422(b).

**COUNT 3**
**(Attempted Coercion and Enticement of a Minor)**
**(18 U.S.C. § 2422(b))**

On or about May 27, 2024, in the District of Oregon, defendant **DMYTRO ROBERT WORTMAN** did use any facility of interstate and foreign commerce, that is a digital device connected to the internet, to attempt to persuade and entice Minor Victim 2, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

**COUNT 4**
**(Possession of Child Pornography)**
**(18 U.S.C. § 2252A(a)(5)(B) and (b)(2))**

On or about December 12, 2025, in the District of Oregon, defendant **DMYTRO ROBERT WORTMAN**, knowingly possessed child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained a visual depiction of a minor engaged in sexually explicit conduct, and at least one such image of child pornography involved a prepubescent minor

who had not attained 12 years of age, such image having been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FIRST FORFEITURE ALLEGATION

Upon conviction of either Count 1 or Count 4, defendant **DMYTRO ROBERT WORTMAN** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations.

## SECOND FORFEITURE ALLEGATION

Upon conviction of either Count 2 or Count 3, defendant **DMYTRO ROBERT WORTMAN** shall forfeit to the United States pursuant to 18 U.S.C. § 2428 any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations.

Dated: September 18, 2026

A TRUE BILL.

[redacted]

Presented by:

SCOTT E. BRADFORD
United States Attorney

JEFFREY S. SWEET
Assistant United States Attorney